<u>United States Bankruptcy Court of Eastern PA</u>

Jason R. Altieri
   Debtor

<u>Case No.</u>
19-10623jkf

<u>Chapter 13 Bankruptcy</u>

---

Dear Honorable Mr. Fitzsimon, Judge

I kindly petition the Court to extend the date of the court hearing for my bankruptcy plan. The <u>meeting</u> of <u>creditors</u> has been <u>postponed</u> as well, due to my disabilities. I need more time to prepare. Thank you.

Thank you.
Sincerely.
Jason Altieri    2/27/2019.
19-10623-JKF

MAR − 4 2019