Notice of Undeliverable Mail to Debtor

February 17, 2019

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Jason Robert Altieri, Case Number 19-10623, jkf

**TO THE DEBTOR:**

*[Handwritten: Bankruptcy Court, CAN you Please Stop the KML Lawgroup From their Collection/Sheriff Sale, Scheduled again for MARCH 15th, 2019? POOR COLLECTION PRACTICES]*

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

*[Stamp: MAR - 4 2019]*

Undeliverable Address:
Wilmington Savings Fund Society
FSB
DBA Christiana Trust
Not Individually But As trustee
For Pretium Mortgage Acquisition Trust
*[Handwritten: 120 SOUTH 6th St #2100 Minneapolis, MN 55402]*
Reason Undeliverable: INCOMPLETE ADDRESS

*[Handwritten: ← ATTORNEY FOR Plaintiff WILMINGTON Savings FSB DBA Christiana Trus etc]*

THE UPDATED ADDRESS IS:

*[Handwritten: KML LAW GROUP SUITE 5000 - BNY MELLON Independent Center 701 MARKET STREET Philadelphia PA 19106 Tel # 215-627-1322]*

*[Handwritten: Thank You, The Attorney → FOR ABOVE IS (KML LAW GROUP)]*

1

011432    14707011443026

_[signature]_                 2/26/2019

Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**