IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13

JASON ROBERT ALTIERI

DEBTOR(S)  BANKRUPTCY NO. 19-10623-JKF

## ORDER

AND NOW, it is ORDERED that the Automatic Stay under 11 U.S.C. Section 362 with respect to Debtor's Real Estate at 12 Holbrook Rd. Havertown, PA 19083 shall remain in remain in full force and effect as to all creditors for the duration of this case unless and until the Court orders otherwise.

BY THE COURT:

DATED: MARCH 7, 2019

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE