United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jason Robert Altieri  
    Debtor

Case No. 19-10623-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Mar 07, 2019  
                 Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.

```
db             +Jason Robert Altieri,    12 Holbrook Rd.,    Havertown, PA 19083-5726
14282697       +Wilmington Savings Fund Society, FSB,   d/b/a Christiana Trust,    120 South 6th Street,    #2100,
                 Minneapolis, MN 55402-1823
14269696       +Wilmington Savings Fund Society, FSB,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14266950       +c/o KML Law Group P.C.,    Suite 5000, BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Mar 08 2019 02:49:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:48:36     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 08 2019 02:49:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14266941      Wilmington Savings Fund Society,    FSB,    DBA Christiana Trust,
              Not Individually But As trustee,    For Pretium Mortgage Acquisition Trust
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:

```
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          SCOTT    WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
          SCOTT    WATERMAN    on behalf of Trustee SCOTT    WATERMAN ECFmail@fredreiglech13.com,
           ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        CHAPTER 13

JASON ROBERT ALTIERI

            DEBTOR(S)                        BANKRUPTCY NO. 19-10623-JKF

## ORDER

AND NOW, it is ORDERED that the Automatic Stay under 11 U.S.C. Section 362 with respect to Debtor's Real Estate at 12 Holbrook Rd. Havertown, PA 19083 shall remain in remain in full force and effect as to all creditors for the duration of this case unless and until the Court orders otherwise.

BY THE COURT:

DATED: MARCH 7, 2019

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE