# THE UNITED STATES BANKRUPTCY COURT OF EASTERN PENNSYLVANIA

JASON ALTIERI                                                                BK. NO. 19-10623JKF

DEBTOR                                                                            CHAPTER 13

**MAY I KINDLY ASK FOR A CONTINUANCE OF THE HEARING SCHEDULED FOR 4/17/2019 IN REGARD TO THE OBJECTION TO MY CHPT. 13 BANKRUPTCY PLAN.**

To the Bankruptcy Court, May I kindly ask the Court for a Continuance of the hearing Scheduled for 4/17/2019 in regard to The Objection of Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, Not Individually But as Trustee For Pretium Mortgage Acquisition Trust's.. Opposition To The Confirmation of the Chapter 13 Bankruptcy Plan? I didn't have a chance to fix the Plan and The Plan was not Approved Yet Or looked over yet. Not Approved yet. I don't Understand why The KML LAW GROUP, Attorney for the Creditor, is proceeding with this as they were served with the Continuation of the Section 341(a) Meeting of Creditors until 04/26/2019. May I please ask the Court to please reschedule this hearing until June? Thank You Again, kindly.

Sincerely, Jason Altieri, Debtor. 4/4/2019

*[signature: Jason Altieri]*

FILED
APR - 9 2019
BY _____ TIMOTHY McGRATH, CLERK
                                    DEP CLERK

**SCOTT F. WATERMAN**
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PENNSYLVANIA 19606

SCOTT F. WATERMAN, ESQ.
POLLY A. LANGDON, ESQ.
ROLANDO RAMOS, ESQ.

(610) 779-1313
FAX (610) 779-3637

MAIL ALL PAYMENTS TO
P.O. BOX 680
MEMPHIS, TN 38101-0680

Date:   March 28, 2019

Memo   To:   PRO SE DEBTOR(S)
             See Debtor Label

From:   Scott F. Waterman, Standing Chapter 13 Trustee

RE:   JASON ROBERT ALTIERI
      Bankruptcy No.   19-10623

Dear Sir or Madam:

The Section 341(a) Meeting of Creditors on the above-captioned bankruptcy has been rescheduled as follows:

Date:      04/26/2019

Time:      01:00 P.M.

Location:  Chapter 13 Meeting Room
           1234 Market Street
           Suite 18-341
           Philadelphia, PA  19107

SFW/eg

cc:   JASON ROBERT ALTIERI
      12 HOLBROOK RD

      HAVERTOWN  PA 19083

---

GENERAL EMAIL: INFO@READINGCH13.COM • WWW.READINGCH13.COM • DOCUMENT UPLOAD: WWW.13DOCUMENTS.COM