UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR - 9 2019
BY TIMOTHY McGRATH, CLERK
DEP. CLERK

IN RE: Jason Altieri.  
Debtor

NO. 19-10623-jkf  
Chapter 13

NOTICE OF CONTINUATION OF THE MEETING OF CREDITORS HEARING AND REQUEST FOR A CONTINUANCE OF THE CHAPTER 13 CONFIRMATION HEARING.

Thank You, I am Notifying The Bankruptcy Court of a rescheduling of the Meeting of Creditors with Trustee Mr. Waterman. The date is rescheduled to March 26, 2019 at 1:00 PM. *Please see Attached. I would kindly like to request a CONTINUANCE of the CHAPTER 13 CONFIRMATION HEARING, also. I kindly request more time, due to the date of Mr. Waterman Trustee's Meeting of Creditors rescheduling as well as I am a Disabled man on Social Security, due to reasons which impair my ability to act quickly in regard to understanding the laws etc. I am under care at this time at Lower Merion Human Services, 850 Lancaster Ave. Bryn Mawr PA. Telephone: 610-520-1510. I intend to also seek legal help now. Thank You kindly,

Sincerely,

Mr. Jason Altieri Debtor

4/4/2019

**SCOTT F. WATERMAN**
STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PENNSYLVANIA 19606

SCOTT F. WATERMAN, ESQ.
POLLY A. LANGDON, ESQ.
ROLANDO RAMOS, ESQ.

(610) 779-1313
FAX (610) 779-3637

MAIL ALL PAYMENTS TO
P.O. BOX 680
MEMPHIS, TN 38101-0680

Date:   March 28, 2019

Memo   To:   PRO SE DEBTOR(S)
             See Debtor Label

From:   Scott F. Waterman, Standing Chapter 13 Trustee

RE:     JASON ROBERT ALTIERI
        Bankruptcy No.   19-10623

Dear Sir or Madam:

The Section 341(a) Meeting of Creditors on the above-captioned bankruptcy has been rescheduled as follows:

Date:      04/26/2019

Time:      01:00 P.M.

Location:  Chapter 13 Meeting Room
           1234 Market Street
           Suite 18-341
           Philadelphia, PA   19107

SFW/eg

cc:   JASON ROBERT ALTIERI
      12 HOLBROOK RD

      HAVERTOWN   PA 19083

---

GENERAL EMAIL: INFO@READINGCH13.COM • WWW.READINGCH13.COM • DOCUMENT UPLOAD: WWW.13DOCUMENTS.COM