UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jason Altieri.　　　　　BK NO. 19-10623- jkf

Debtor.　　　　　　　　　　Chapter 13

## REQUEST FOR A CONTINUANCE FOR THE HEARING DATE OF THE MOTION OF WILMINGTON SAVINGS AND FUND SOCIETY et Al. TO DISMISS MY BANKRUPTCY CASE AND BAR ORDER OR IN THE ALTERNATIVE FOR RELIEF FROM STAY

Hello, May I kindly ask the Court for a Continuance or Postponement in Regard to the Hearing on the Above Matter Scheduled for May 8th, 2019 at 9:30 AM? I am in great need of help at this time in regard to legal representation during this short time frame given. This being a Holy Week for me as well as others, Easter is Monday thru Tuesday of Next Week. To obtain legal representation is unreasonable in the time frame given as well as the Holiday Week. As the Plaintiff recommends I should do, I would kindly Like an Attorney to prepare an Answer to this Motion in a fair and Just way. I believe I am entitled to a lawyer, as they are taking advantage of my Pro-Se disposition, as well as my disability, Autistic in Nature. My time frame is limited here, so I kindly Request a Continuance in Regard to the May 8th, 2019 Hearing.

Sincerely,

Jason R. Altieri

4/16/2019

# Social Security Administration
# Supplemental Security Income
Notice of Change in Payment

SOCIAL SECURITY
8645 WEST CHESTER PIKE
UPPER DARBY PA 19082

Date: October 23, 2018
Claim Number: 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 DI

```
0011098  00019311      2 AB  0.408  SN6LNA  T82 P5
SSI M02 10/16 243 18S1669J88038
```
JASON R ALTIERI
12 HOLBROOK RD
HAVERTOWN PA 19083-5726

*\* I am SSI Disabled too.*

*Jason Alt[ieri]*



We plan to increase your monthly Supplemental Security Income (SSI) payment from $0.00 to $750.00 beginning November 2018. The amount will change because you are no longer living in a public institution. You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.

We are also changing the amount you were due for October 2018. Your amount changed because you were not living in a public institution. As a result, you are due a back payment of $750.00.

We explain how we figured the monthly payment amount on the worksheets at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. We include explanations only for months where payment amounts change.

## When You Will Receive Your Payments

Your bank or other financial institution should have received a payment of $750.00 by October 20, 2018. This payment covers October 2018. Your bank or other financial institution will receive your regular monthly payment of $750.00 around November 1, 2018, and on the first of each month after that.

## Your Past Payments

The following chart shows your previous amount and the corrected amount for the month that changed.

See Next Page

SSA-L8151