**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Jason Robert Altieri,** | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 19-10623 (JKF) |

_____

### ORDER DENYING CONTINUANCE OF MAY 8TH HEARING

**AND NOW**, this 29th day of April, 2019, upon consideration of the Debtor's *pro se* Letter Request for a Continuance (doc. no. 50, the "Motion") regarding the hearing on Wilmington Savings Fund Society ("WSFS")'s Motion to Dismiss Case and Bar Order or in the Alternative Motion for Relief from Stay (doc. no. 48, the "WSFS Motion"):

**AND** the Debtor having filed this chapter 13 bankruptcy *pro se* on January 31, 2019;

**AND** the Debtor having filed his schedules and plan of reorganization on February 12, 2019;

**AND** on April 2, 2019, WSFS having objected to the Debtor's proposed plan because it fails to take into account the $57,858.06 secured claim of WSFS (doc. no. 40);

**AND** on April 11, 2019, WSFS having filed the WSFS Motion, asserting that relief should be granted because the Debtor's bankruptcy was filed in bad faith and with

an intent to delay foreclosure of the Debtor's primary residence (located at 12 Holbrook Road in Havertown, PA), in which WSFS has a security interest. The WSFS Motion further states that the Debtor has failed to make any mortgage payments since this bankruptcy case was filed;

**AND** the Debtor having responded to the WSFS Motion on April 24, 2019, denying all relevant allegations, including that WSFS holds a lien on his primary residence (doc. no. 51, the "Answer");

**AND** the Motion seeking a continuance of the hearing on the WSFS Motion due to the fact that the Debtor would like to obtain counsel and will have a difficult time doing so in the time allotted;

**BUT** the relief in the WSFS Motion being time sensitive (WSFS alleges that it is not being adequately protected);

**AND** a hearing in the near term being further necessary so that the relief sought in the WSFS Motion and the Debtor's Answer, as well as the Debtor's effort to retain counsel, may be addressed by the Court;

**AND** for the following reasons, the Debtor's Motion is hereby **DENIED**. It is further **ordered** that the hearing on the WSFS Motion will be heard (as scheduled) on **May 8, 2019** at **9:30 a.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal

Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania. **The Debtor must appear at this hearing**.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge