## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Robert Altieri<br>　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　Movant<br>　vs.<br>Jason Robert Altieri　　　　Debtor<br><br>Scott F. Waterman, Esq.　　　Trustee | NO. 19-10623 JKF<br><br>11 U.S.C. Sections 362, 105 and 1307 |

### ORDER

AND NOW, this 16th day of May, 2019, upon consideration of the Motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Dismiss the Bankruptcy Case of Jason Robert Altieri, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED that the Motion is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that both the Debtor is hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order;

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Robert Altieri<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　　　Movant<br>　　vs.<br>Jason Robert Altieri　　　　Debtor<br>Scott F. Waterman, Esq.　　Trustee | NO. 19-10623 JKF<br><br>11 U.S.C. Sections 105, 362, 1307 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Order has served on May 15, 2019, by first class mail, and/or electronic means upon those listed below:

Debtor
Jason Robert Altieri, Pro Se
12 Holbrook Road
Havertown, PA 19083

Trustee
SCOTT WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: May 15, 2019

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant