United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10623-jkf
Jason Robert Altieri                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: May 16, 2019
                              Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db             +Jason Robert Altieri,    12 Holbrook Rd.,    Havertown, PA 19083-5726
14284871        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14301447       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14282697       +Wilmington Savings Fund Society, FSB,    d/b/a Christiana Trust,    120 South 6th Street,    #2100,
                 Minneapolis, MN 55402-1823
14269696       +Wilmington Savings Fund Society, FSB,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14266950       +c/o KML Law Group P.C.,    Suite 5000, BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14266941        Wilmington Savings Fund Society,    FSB,   DBA Christiana Trust,
                 Not Individually But As trustee,    For Pretium Mortgage Acquisition Trust
                                                                                              TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Robert Altieri<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　　　Movant<br>　　vs.<br>Jason Robert Altieri　　　　Debtor<br>Scott F. Waterman, Esq.　　　Trustee | NO. 19-10623 JKF<br><br>11 U.S.C. Sections 362, 105 and 1307 |

### ORDER

AND NOW, this 16th day of May, 2019, upon consideration of the Motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Dismiss the Bankruptcy Case of Jason Robert Altieri, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED that the Motion is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that both the Debtor is hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order;

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Robert Altieri<br>　　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　　　Movant<br>　　vs.<br>Jason Robert Altieri　　　Debtor<br><br>Scott F. Waterman, Esq.　　Trustee | NO. 19-10623 JKF<br><br><br>11 U.S.C. Sections 105, 362, 1307 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Order has served on May 15, 2019, by first class mail, and/or electronic means upon those listed below:

<u>Debtor</u>
Jason Robert Altieri, Pro Se
12 Holbrook Road
Havertown, PA 19083

<u>Trustee</u>
SCOTT WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

<u>Office of the US Trustee</u>
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: May 15, 2019

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant